1    Shelline K. Bennett, Bar No. 164759
     sbennett@lcwlegal.com
2    LIEBERT CASSIDY WHITMORE
     A Professional Law Corporation
3    575 East Locust Avenue, Suite 302
     Fresno, CA  93720
4
     Telephone:     (559) 256-7800
5    Facsimile:      (559) 449-4535
     E-mail:          sbennett@lcwlegal.com
6
     Attorneys for Defendants
7    KRAFT FOODS GLOBAL, INC.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   OLGA SANTOYO,                          Case No.  1:07-CV-00937 DLB

12                    Plaintiff,            **STIPULATION AND ORDER**

13        v.

14   KRAFT FOODS GLOBAL, INC.; THE
     KRAFT CHOICE SHORT-TERM
15   DISABILITY PLAN; and KRAFT
     CHOICE LONG-TERM DISABILITY
16   PLAN,

17                    Defendants.

18

19        The parties in the above-noted matter hereby stipulate to extend the time within which all

20   Defendants have to respond to Plaintiff's First Amended Complaint to up through and including

21   December 20, 2007.

22   / / / / /

23   / / / / /

24   / / / / /

25   / / / / /

26   / / / / /

27   / / / / /

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711

3364.1 KR020-005                           STIPULATION AND ORDER 1:07-CV-00937
                                                                            DLB

1    IT IS HEREBY STIPULATED.

2    Dated: November 26, 2007                    LIEBERT CASSIDY WHITMORE

3

4                                               By:_____/s/_____

5                                                    Shelline K. Bennett
                                                     Attorneys for Defendants
6                                                    KRAFT FOODS GLOBAL, INC.

7    Dated: November 26, 2007                    McCLELLAND LAW OFFICES

8

9                                               By:_____/s/_____

10                                                   W. Rod McClelland, Jr.
                                                     Attorneys for Plaintiff
11                                                   OLGA SANTOYO

12

13   IT IS SO ORDERED.

14

15   Dated:  26 November 2007                    /s/ *Dennis L. Beck*_____

16                                               MAGISTRATE JUDGE DENNIS L. BECK

17

18

19

20

21

22

23

24

25

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711