1  Shelline K. Bennett, Bar No. 164759
   sbennett@lcwlegal.com
2  Jesse J. Maddox, Bar No. 219091
   jmaddox@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  5701 N. West Avenue
   Fresno, CA  93711
5
   Telephone:    (559) 256-7800
6  Facsimile:    (559) 449-4535
   E-mail:       sbennett@lcwlegal.com
7
   Attorneys for Defendant
8  KRAFT FOODS GLOBAL, INC., THE KRAFT
   FOODS GLOBAL, INC. GROUP BENEFIT PLAN
9  (erroneously named as "The Kraft Choice Short-
   Term Disability Plan") and THE KRAFT FOODS
10 GLOBAL, INC. EMPLOYEE PAID GROUP
   BENEFITS PLAN (erroneously named as "The
11 Kraft Choice Long-Term Disability Plan")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| OLGA SANTOYO, | Case No.  1:07-CV-00937 DLB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| KRAFT FOODS GLOBAL, INC.; THE KRAFT CHOICE SHORT-TERM DISABILITY PLAN; and KRAFT CHOICE LONG-TERM DISABILITY PLAN, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to *Federal Rules of Civil Procedure*, *Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

/ / / / /

5178.1 KR020-005

STIPULATION AND ORDER OF
DISMISSAL 1:07-CV-00937 DLB

Dated: July 15, 2008                                     Liebert Cassidy Whitmore

By: _____/s/_____
Jesse J. Maddox
Shelline K. Bennett
Attorneys for Defendant
KRAFT FOODS GLOBAL, INC., THE KRAFT FOODS GLOBAL, INC. GROUP BENEFIT PLAN (erroneously named as "The Kraft Choice Short-Term Disability Plan") and THE KRAFT FOODS GLOBAL, INC. EMPLOYEE PAID GROUP BENEFITS PLAN (erroneously named as "The Kraft Choice Long-Term Disability Plan")

Dated: July 15, 2008                                     McClelland Law Offices

By: _____/s/_____
Rod McClelland
Attorneys for Plaintiff
Olga Santoyo

# O R D E R

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, 41(a)(1)*,

**IT IS SO ORDERED**:

Dated:  18 July 2008                                     /s/ Dennis L. Beck
United States Magistrate Judge

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711